Certificate Number: 12433-PAE-DE-040107642

Bankruptcy Case Number: 25-13387



12433-PAE-DE-040107642

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2025, at 12:06 o'clock PM EDT, Gail Purnell completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 19, 2025         By:    /s/Lisa Susoev

                                  Name:  Lisa Susoev

                                  Title: Teacher