**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gail D. Purnell aka Gail Darris Purnell<br>Debtor | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>Moving Party<br>vs. | NO. 25-13387 PMM |
| Gail D. Purnell aka Gail Darris Purnell<br>Debtor | |
| Kenneth E. West<br>Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  22nd day of April            , 2026 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge