IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                              : Chapter 13

Gail D. Purnell                     : Case No. 25-13387-pmm
     Debtor(s)


**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**


I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named Debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.


Date:  May 14, 2026          /s/ David M. Offen
                             David M. Offen
                             Attorney for Debtor(s)
                             The Curtis Center
                             601 Walnut Street, Suite 160 West
                             Philadelphia, PA 19106
                             215-625-9600
                             info@offenlaw.com