United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13387-pmm |
| Gail D. Purnell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 26, 2026 | Form ID: 155 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail D. Purnell, 209 W Roland Road, Brookhaven, PA 19015-3049 |
| 15067292 | + | Capital One Auto Finance, Orlans Law Group, PLLC, c/o Eliza Garifullina, Esq., 200 Eagle Road , Bldg. 2, Suite 120, Wayne PA 19087-3115 |
| 15069565 | + | Capital One Auto Finance, a division of Capital On, c/o Eliza Garifullina, Esq, 200 Eagle Road, Bldg 2, Ste 120, Wayne, PA 19087-3115 |
| 15048240 | + | PENNYMAC LOAN SERVICES, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15043337 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 04:03:52 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15047047 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 04:03:55 | Capital One Auto Finance, AIS Portfolio Services, LLC, c/o Amitkumar Sharma, Esq., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 15043338 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 27 2026 04:03:52 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15046841 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 04:03:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15057973 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 04:03:52 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15045849 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2026 04:03:53 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15043339 | + | Email/Text: bankruptcy@cavps.com | May 27 2026 03:58:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 15068787 | + | Email/Text: bankruptcy@cavps.com | May 27 2026 03:58:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15043340 | | Email/Text: GenesisFS@ebn.phinsolutions.com | May 27 2026 03:58:00 | Cb/cci Pl Cc, 14600 Northwest, Beaverton, OR 97006 |
| 15043341 | + | Email/Text: EBN@edfinancial.com | May 27 2026 03:58:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15043342 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 27 2026 03:58:00 | Feb-retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15045009 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2026 04:03:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15043343 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-2                                     User: admin                                     Page 2 of 3

Date Rcvd: May 26, 2026                                 Form ID: 155                                     Total Noticed: 29

| | | | May 27 2026 04:03:53 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15060908 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 27 2026 03:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15043344 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 27 2026 03:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15043345 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | May 27 2026 03:58:00 | Navy FCU, Attn: Bankruptcy, PO Box 3302, Merrifield, VA 22119-3302 |
| 15044833 | + | Email/PDF: cbp@omf.com | | |
| | | | May 27 2026 04:03:55 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15047979 | ^ | MEBN | | |
| | | | May 27 2026 03:54:55 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15043346 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | May 27 2026 04:03:59 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15058171 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | May 27 2026 04:03:53 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15051021 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 27 2026 03:58:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15043347 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 27 2026 03:58:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15043546 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | May 27 2026 04:03:52 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15052301 | + | Email/Text: EBN@edfinancial.com | | |
| | | | May 27 2026 03:58:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15043348 | + | Email/PDF: cbp@omf.com | | |
| | | | May 27 2026 04:03:55 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                          Signature:        /s/Gustava Winters

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: May 26, 2026

Form ID: 155

Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Gail D. Purnell ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| ELIZA GARIFULLINA | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Gail D. Purnell | ) | Case No. 25−13387−pmm |
|    aka Gail Darris Purnell | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 26, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court